ALICE GORDON, Respondent, v. JAMES GORDON, Appellant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

HAROLD GORDON, Respondent, v. SEYMOUR CHAGRIN, Appellant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

HARVEY HERMAN, an Infant, by His Guardian ad Litem, AARON HERMAN, et al., Appellants, v. OHRBACH'S, INC., Respondent, et al., Defendant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

ELAYNE HIRSCHFELD et al., Appellants, v. COUNTY TRUST COMPANY, Respondent.— Beldock, Ughetta, Kleinfeld and Christ, JJ., concur; Nolan, P. J., not voting.

GEORGE HOPE, Appellant, v. NICHOLAS DI MENNA & SONS, INC., Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

PIERRE J. HUSS, Appellant-Respondent, v. MARIANNE HUSS, Respondent-Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of BREVOORT REST., INC., Appellant, v. THOMAS S. ROHAN et al., Individually and as Commissioners of the State Liquor Authority, et al., Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of WILLIAM H. FENSTERMAKER, Respondent, v. BRILHART ELECTRONICS CORPORATION, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.